IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

RECEIVED
IN CLERK'S OFFICE
MAR 26 2008
U.S. DISTRICT COURT
MID. DIST. TENN.

**April Mitchell**
_____
name of plaintiff(s)

v.

**Stadium Inn Hotel**
_____
name of defendant(s)

Case No. **3:08MC*0087**
(to be assigned by clerk)

Jury Trial ✓ Yes ___ No

COMPLAINT

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U. S. Constitutional provisions, if you know them):

   Civil Tort, from Civil Rights Violation, from Harassments Refusal to stop harassing and a suit of Restitution and Restoration. The suit is to render the City Restoration and Restitution. Civil Tort. This is to be a Civil Rights Violation.

2. Plaintiff, homeless by harassment resides at
   **811 South 8th Street**, **Nashville**,
   street address / city
   **Davidson**, **TN**, **37206**, **Community Care Fellowship Day Shelter**
   county / state / zip code / telephone number

   (if more than one plaintiff, provide the same information for each plaintiff below)

   Only one plntff.

2

3. Defendant, Stadium Inn Hotel _____ lives at, or its business is located at 10 Interstate Drive _____,
street address

Nashville _____, Davidson _____, TN _____,
city                    county                    state

37213 _____.
zip code

(if more than one defendant, provide the same information for each defendant below)

Only one defendant

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

Civil Tort Gross Civil Rights Violation and Gross refusal to stop harassing of the City of Nashville refuses to stop harassing harassing each and every day and all day by what is alleged of the Department of Homeland Security of Washington DC attacking by devising every and we call it National Security and if it is addressed of the next suit not this one but Mitchell v. United States of America. This is to bring restitution and not just restoration but to bring restitution to amend wrong to amend injustice and cause the City to be immediately arrested the entire City of Nashville for refusal to stop harassing refusal to stop harassing restitution back to Stadium Inn

and an immediate award of damages.

5. Prayers for Relief (list what you want the Court to do):

   a. Back to Stadium Inn Hotel and an Immediate award of damages and the immediate

   b. the arrest of the City of Nashville immediately. Re quest to justice Exhibit [A]

   c. Immediate Restitution, Immediate restoration, Immediate award of damages

   d. _____

I (We) hereby certify under penalty of perjury that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this _April Mitchell_ day of _March 26_, ~~200~~ 8

_April Mitchell_

_____
(signature of plaintiff(s))